```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
                                  :
JOANN BROWN,                      :
                                  :   REVISED
                    Plaintiff,    :   SCHEDULING ORDER
                                  :
         -v-                      :
                                  :   09 Civ. 9080 (SHS)
MICHAEL J. ASTRUE,                :
Commissioner of Social Security,  :
                                  :
                    Defendant.    :
                                  :
----------------------------------x

   Defendant having filed an answer on April 5, 2010, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for judgment on the pleadings shall be served and filed on or before May 26, 2010;

2. Defendant's response to the motion shall be served and filed on or before June 29, 2010; and

3. Plaintiff's response and reply, if any, shall be served and filed on or before July 13, 2010.

SO ORDERED: 5/6/10

Sidney H. Stein
United States District Judge